UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC M. WILLIAMS,

    Plaintiff,

v.

PLEDGED PROPERTY II, LLC & LITTON LOAN SERVICING, LLP,

    Defendants.
_____/

Case No. 10-12752

SENIOR UNITED STATES
DISTRICT JUDGE
ARTHUR J. TARNOW

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [33]

On February 17, Magistrate Judge Morgan issued a Report and Recommendation [33] that Defendant Litton Loan Servicing, LLP's Motion to Dismiss [17] should be denied. No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant Litton Loan Servicing, LLP's Motion to Dismiss [17] is **DENIED**.

**SO ORDERED**.

    s/Arthur J. Tarnow
    ARTHUR J. TARNOW
    SENIOR UNITED
    STATES DISTRICT JUDGE

Dated: March 8, 2011

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 8, 2011, by electronic and/or ordinary mail.

Johnetta M. Curry-Williams
Case Manager